UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 08-21917-CIV-GOLD/MCALILEY

BANK OR AMERICA, N.A.,

    Plaintiff,

v.

THE UNITED CITIES GROUP, INC.,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION; CLOSING CASE

This CAUSE is before the Court on the Report and Recommendation [DE 99] by U.S. Magistrate Judge Chris M. McAliley, in which Judge McAliley recommends that Plaintiff's Motions for Sanctions [DE 30, 40] be granted in part for failure to comply with the preliminary injunction entered against Defendant on July 25, 2008 [DE 23, 24]. No objections have been filed. The Report correctly concluded that by clear and convincing evidence, Defendant willfully disregarded an injunction that was valid and lawful, clear and unambiguous, and with which Defendant had the ability to comply. *Georgia Power Co. v. N.L.R.B.,* 484 F.3d 1288, 1291 (11th Cir. 2007). I therefore agree with the recommendation that Defendant be held in contempt and sanctions be imposed to compensate Plaintiff for losses it has sustained as a result of Defendant's non-compliance with the injunction. I further agree with the recommendation to reduce of the award of sanctions sought by Plaintiff to more accurately reflect the losses suffered by Plaintiff. Having reviewed the Report, the relevant law, and being otherwise fully advised in the premises, the Report is adopted in its entirety. Accordingly, it is hereby

ORDERED and ADJUDGED that

1. The Report and Recommendation [DE 99] is ADOPTED.

2. The Corrected Motion for Sanctions [DE 30] and Amended Motion for Sanctions [DE 40] are GRANTED in part.

3. Costs in the amount of $8,000 and attorneys' fees and costs in the amount of $20,810 are entered in favor of Plaintiff and against Defendant.

4. This case is CLOSED.

5. All pending Motions are DENIED as moot.

DONE and ORDERED in Chambers in Miami, Florida, this 31 day of March, 2009.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
All counsel of record
U.S. Magistrate Judge Chris M. McAliley